**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GREATER LAKES AMBULATORY
SURGICAL CENTER, PLCC, et al.,

                Plaintiffs,

vs

                Case No: 11-CV-11003

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Defendant.
_____/

## **ORDER FOR RESPONSE**

    Pending before the court is Defendant's Motion to Dismiss, filed July 22, 2011. The basis of the motion is pointed and simple: Defendant alleges Plaintiffs have utterly failed to respond to correspondence or to cooperate in any way in discovery efforts over the past two months.

    Because only four months were allotted for discovery, and because allowing the full time for response –presently due August 19, 2011– would consume almost 50% of the remaining time,

    IT IS ORDERED that Plaintiffs file a response to the Motion to Dismiss not later than **Tuesday, August 9, 2011.**

    BY ORDER OF THE COURT,

                                DAVID WEAVER
                                CLERK OF THE COURT

                                BY: __s/Lisa Wagner__
                                        Deputy Clerk

Date: August 3, 2011