**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GREATER LAKES AMBULATORY SURGICAL
CENTER, PLLC, et al.,

      Plaintiffs,

v.                                         Case No. 11-11003

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

                                        /

**ORDER CONSOLIDATING DISCOVERY FOR THE PURPOSE OF ADJUDICATING
DEFENDANT'S "MOTION FOR A PROTECTIVE ORDER . . ."**

Pending before the court is Defendant's "Motion for a Protective Order . . ." filed on September 27, 2011. Defendant seeks a protective order limiting the scope of Dr. Eugene Mitchell's September 29, 2011 deposition and an order quashing as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence Plaintiffs' subpoena ordering Dr. Mitchell to testify at the scheduled deposition and to produce documents identified by Plaintiffs in an addendum to the subpoena. In reviewing Defendant's motion, the court learned that Defendant, on the same day it filed the instant motion, filed substantially similar motions before Judges David Lawson and Avern Cohn in related cases that involve the same Plaintiffs. After consulting with Judges Lawson and Cohn, the court concludes that the interest of judicial economy will be best served by consolidating discovery—for the sole purpose of deciding Defendant's pending motions—in this matter with discovery in *Great Lakes Anesthesia, PLLC v. State Farm Mutual Auto. Ins. Co.,* Case No. 11-10658, before Judge Lawson, and *Greater Lakes Ambulatory Surgical Ctr. v. State Farm Mutual Auto.*

*Ins. Co.*, Case No. 11-11855, before Judge Cohn. Judges Lawson and Cohn have agreed, and Judge Lawson will hold a joint hearing on Defendant's motions on September 28, 2011 at 3:00 p.m. Accordingly,

IT IS ORDERED that for the purposes of adjudicating Defendant's "Motion for a Protective Order . . ." [Dkt. # 32] discovery in this matter is CONSOLIDATED with discovery in *Great Lakes Anesthesia, PLLC v. State Farm Mutual Auto. Ins. Co.*, Case No. 11-10658, and *Greater Lakes Ambulatory Surgical Ctr. v. State Farm Mutual Auto. Ins. Co.*, Case No. 11-11855.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: September 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2011, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522