UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREATER LAKES AMBULATORY SURGICAL
CENTER, PLLC, et al.,

     Plaintiff,

v.                                     Case No. 11-11003

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,,

     Defendant.
                                        /

**ORDER DIRECTING PLAINTIFFS TO FILE AN EXPEDITED RESPONSE AND
SETTING MOTION HEARING**

     On September 30 ,2011, nonparty Aetna Life Insurance Co. filed a "Motion to Quash Plaintiffs' September 16, 2011 Subpoena." Having reviewed the motion, the court will direct Plaintiffs to file an expedited response. Accordingly,

     IT IS ORDERED that Plaintiffs are DIRECTED to file a response to nonparty Aetna Life Insurance Co.'s motion to quash [Dkt. # 37] on or before **October 18, 2011**.

     IT IS FURTHER ORDERED that the court will conduct a hearing on Aetna Life Insurance Co.'s motion on **October 26, 2011 at 2:00 p.m.**

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: October 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 11, 2011, by electronic and/or ordinary mail.

    S/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-11003.Greater Lakes.ExpeditedResponse.wpd