# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GREATER LAKES AMBULATORY SURGICAL
CENTER, PLLC, et al.,

    Plaintiffs,

v.                                      Case No. 11-11003

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
                                                  /

## ORDER GRANTING NONPARTY AETNA LIFE INSURANCE COMPANY'S MOTION TO QUASH

On September 30, 2011, nonparty Aetna Life Insurance Co. ("Aetna") filed a "Motion to Quash Plaintiffs' September 16, 2011 Subpoena." After reviewing Aetna's motion, the court ordered an expedited response from Plaintiffs. Plaintiffs filed their response on October 18, 2011, and Aetna filed a reply on October 21, 2011. The court held a hearing on October 26, 2011. For the reasons stated on the record,

IT IS ORDERED that nonparty Aetna's motion to quash [Dkt. # 37] is GRANTED.[1]

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  October 28, 2011

---

[1] This order does not foreclose the possibility, however unlikely, of Plaintiffs expeditiously developing a protocol to achieve the requested discovery which guards against the imposition of a burden on nonparty Aetna.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 28, 2011, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522