UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREATER LAKES AMBULATORY SURGICAL
CENTER, PLLC, et al.,

      Plaintiffs,

v.                                               Case No. 11-11003

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____/

**ORDER RESCHEDULING TRIAL AND PRE-TRIAL CONFERENCE**

On January 5, 2012, the court conducted a telephonic conference, during which the parties' informed the court that they were prepared to proceed to trial. Defense counsel requested that the trial be rescheduled, and the court and counsel for Plaintiffs agreed. Accordingly,

IT IS ORDERED that jury selection and trial are RESCHEDULED for **May 1, 2012 at 9:00 a.m.**

IT IS FURTHER ORDERED that the final pre-trial conference is RESCHEDULED for **April 2, 2012 at 2:30 p.m.** The parties should refer to paragraph 11 of the May 27, 2011 Scheduling Order to ensure compliance with the procedures established for the final pre-trial conference.

Finally, all final pre-trial documents and motions in limine, as described in

paragraphs 8, 9, 10, and 14 of the Scheduling Order, shall be submitted to the court by

**January 30, 2012**, the original date set forth in the Scheduling Order.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  January 10, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 10, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522